**Jimmy Allen ROBERTS,**
**Plaintiff-Appellant,**

v.

**Frank L. PERRY, Secretary of Prisons; Betty Brown, Chair, Religious Practices Committee; Mike Slagle, Defendants-Appellees.**

No. 17-7062

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Jimmy Allen Roberts, Appellant Pro Se. Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Allen Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Roberts' motion to exceed the page limits, deny his motion to appoint counsel, and affirm for the reasons stated by the district court. *Roberts v. Perry*, No. 1:16-cv-00034-FDW, 2017 WL 3277122 (W.D.N.C. Aug. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*